IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSE ARMONDO GARCIA BUENO                                                              PLAINTIFF

v.                                   Case No.: 08-5089

BENTON COUNTY MEDICAL STAFF                                                         DEFENDANT

**O R D E R**

Plaintiff's complaint was filed in this case on April 22, 2008.  Before the undersigned is the issue of whether the complaint should be served.  In order to assist the court in making such determination, it is necessary that plaintiff provide additional information.

Accordingly, it is ordered that plaintiff, Jose Armondo Garcia Bueno, complete and sign the attached addendum to his complaint, and return the same to the court **by May 27, 2008.  Plaintiff is advised that should he fail to return the completed and executed addendum by May 27, 2008, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 25th day of April, 2008.

                                                                                */s/ J. Marschewski*
                                                                                HON. JAMES R. MARSCHEWSKI
                                                                                UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSE ARMONDO GARCIA BUENO                                                    PLAINTIFF

v.                                   Case No.: 08-5089

BENTON COUNTY MEDICAL STAFF                                              DEFENDANT

### ADDENDUM TO COMPLAINT

**TO: JOSE ARMONDO GARCIA BUENO**

This form is sent to you so that you may assist the court in making a determination as to the issue of whether the complaint should be served upon the defendant. Accordingly, it is required that you fill out this form and send it back to the court by **May 27, 2008.** Failure to do so will result in the dismissal of your complaint.

The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

### RESPONSE

In your complaint, you allege you have not received sufficient medical care regarding back pain while in the Benton County Detention Center.

1. You have named the Benton County Medical Staff as Defendants in this case. Benton County Medical Staff is not a Defendant capable of being served. Are there individuals you would like to substitute for "Benton County Medical Staff?" If so, list those individuals below.

_____

_____

_____

_____

      (A)  For each individual you listed, describe how that person denied you medical care.

_____

_____

_____

_____

      (B)  Are you seeking to sue these Defendants in their: (please choose one)

            _____ individual capacities.

            _____ official capacities.

            _____ both individual and official capacities.

If you are suing the Defendants in their official capacities or both individual and official capacities, describe below the policy or procedure that you believe deprived you of your constitutional rights.

_____

_____

_____

      2.  Did you submit medical requests regarding the pain in your back?

Answer: Yes____  No____

If you answered yes, describe the response you received to these medical requests.

_____

_____

_____

_____

If you answered no, state why you did not submit medical requests regarding the pain in your back.

_____

_____

_____

_____

      3.  Did you receive any evaluation or medical treatment for your back pain?

Answer: Yes____ No____

Describe below the treatment you received, and from whom it was received.

_____

_____

_____

_____

_____

      4.  Are you currently suffering any injuries due to the lack of medical care for your back pain?

Answer:  Yes___ No___

If you answered yes, describe those injuries below.

_____

_____

_____

_____

_____

        (A) Are you currently receiving any medical treatment for these injuries?

Answer: Yes____ No____

If yes, describe your current treatment.

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

                                        _____
                                        JOSE ARMONDO GARCIA BUENO

                                        _____
                                        DATE