IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSE ARMONDO GARCIA BUENO                                        PLAINTIFF

v.                          Case No.: 08-5089

BENTON COUNTY MEDICAL STAFF                                      DEFENDANT

## O R D E R

Plaintiff's complaint was filed in this case on April 22, 2008. On April 25, 2008, an Addendum was propounded to the Plaintiff in order to assist the Court in determining if the Complaint should be served. (Doc. 5). This Addendum was returned by the Plaintiff on May 2, 2008. (Doc. 6). However, the Court requires further assistance to be able to determine if service of the Complaint is appropriate.

Accordingly, it is ordered that plaintiff, Jose Armondo Garcia Bueno, complete and sign the attached addendum to his complaint, and return the same to the court **by June 9, 2008. Plaintiff is advised that should he fail to return the completed and executed addendum by June 9, 2008, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 8th day of May 2008.

*/s/ J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSE ARMONDO GARCIA BUENO                                                                    PLAINTIFF

v.                                         Case No.: 08-5089

BENTON COUNTY MEDICAL STAFF                                                          DEFENDANT

### ADDENDUM TO COMPLAINT

**TO: JOSE ARMONDO GARCIA BUENO**

This form is sent to you so that you may assist the court in making a determination as to the issue of whether the complaint should be served upon the defendant. Accordingly, it is required that you fill out this form and send it back to the court by **June 9, 2008.** Failure to do so will result in the dismissal of your complaint.

The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

### RESPONSE

In your complaint, you allege you have not received sufficient medical care regarding back pain while in the Benton County Detention Center.

1. You have named the Benton County Medical Staff as Defendants in this case. In order for the Court to serve the Complaint, you must specify the **individual persons** who are part of the Benton County Medical Staff you wish to name as Defendants. "Benton County Medical Staff" is not a entity capable of being served with your Complaint.

Accordingly, list below the names of the individuals you are suing:

_____

_____

_____

_____

(A)  For each individual you listed, describe how that person denied you medical care.

_____

_____

_____

_____

2.  List below the individuals you saw in response to your claims of back pain.

_____

_____

_____

3.  Who prescribed the ibuprofen or pain killers for you?

_____

_____

_____

_____

4.  To whom did you direct your request to see a chiropractor?

_____

_____

(A) Who denied your request to see a chiropractor?

_____

_____

5. Did you inform anyone that the pain killers/ibuprofen was not working?

Answer:      Yes____   No____

If yes, who did you tell?

_____

_____

6. When you submitted requests regarding the pain in your back and the response was to "see the doctor," were you then seen by the doctor?

Answer:      Yes____   No_____

If yes, how soon after your requests were you seen?

_____

_____

If no, list the dates you were not seen. Also, if you were not seen by the doctor, explain how you received pain killers/ibuprofen.

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

                                                _____
                                                JOSE ARMONDO GARCIA BUENO

                                                _____
                                                DATE