IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSE ARMONDO GARCIA BUENO                                                                PLAINTIFF

v.                                       Case No.: 08-5089

DR.  HUSKINS                                                                                       DEFENDANT

**O R D E R**

Now before the Court is Plaintiff's Motion for Transfer (Doc.  11).  Plaintiff seeks to be transferred to a different facility due to missing his medication for two days.  As the United States Marshall's Service is responsible for the housing of inmates, Plaintiff's Motion (Doc.  11) is DENIED to the extent it seeks a Court Order for transfer.  The additional allegations of missed medication will be considered a Supplement to Plaintiff's Complaint.

IT IS SO ORDERED this 18th day of July 2008.

*/s/ J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE