IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSE ARMONDO GARCIA BUENO                                                      PLAINTIFF

v.                                        Case No.: 08-5089

DR. HUSKINS                                                                    DEFENDANT

**O R D E R**

Now before the Court is Plaintiff's Second Motion for Transfer (Doc. 14). Plaintiff seeks to be transferred to a different facility because he alleges "medical care is not sufficient." As the United States Marshall's Service is responsible for the housing of inmates, Plaintiff's Motion (Doc. 14) is DENIED to the extent it seeks a Court Order for transfer.

IT IS SO ORDERED this 15th day of August 2008.

*/s/ J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE