IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


JOSE ARMONDO GARCIA BUENO                                    PLAINTIFF


                    v.        Civil No. 08-05089


DOCTOR HUSKINS                                               DEFENDANT


<u>O R D E R</u>

NOW on this 4th day of January 2010, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #27), filed on December 14, 2009, to which no objections have been filed.  The Court, being well and sufficiently advised, finds that the Report and Recommendation should be, and it hereby is, adopted *in toto*.

**IT IS THEREFORE ORDERED** that, for the reasons set forth therein, the **Report and Recommendation of the Magistrate Judge** is **adopted *in toto*** and this case is hereby **dismissed** for Plaintiff's violation of Local Rule 5.5 and failure to prosecute.

IT IS SO ORDERED.

                              /s/ Jimm Larry Hendren
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE